3

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? <br> HAND DELIVERY | Date  B-00-177 <br> January 2, 2001 |
| NAME OF SERVER (PRINT) <br> Javier Hernandez | Title <br> Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. 4893 Paseo del Rey, Brownsville, Tx

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

United States District Court
Southern District of Texas
FILED

JAN 10 2001

[ ] Returned unexecuted: _____

Michael N. Milby
Clerk of Court

[ ] Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  01-02-01
Date

Signature of Server

204 W. Ferguson Suite #108 Pharr, Tx, 78577
Address of Server

# United States District Court
## Southern District of Texas

### SUMMONS IN A CIVIL CASE

United States of America

v.  CASE NUMBER: B-00-177

Norma L. Rendon

TO: (Name and Address of Defendant)

Norma L. Rendon
4893 Paseo Del Rey
Brownsville, TX 78521

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
1750 Valley View Lane., Suite 120
Dallas, TX 75234

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    11-14-00
Clerk                                       Date

BY DEPUTY CLERK