IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CIVIL ACTION NO. B-00-177 |
| NORMA L. RENDON | ) | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW NORMA L. RENDON, hereinafter referred to as Defendant and files this her answer to the Complaint heretofore filed by the UNITED STATES OF AMERICA, and by way of answer and defense would respectfully show unto the Court as follows:

I.

1. This Defendant admits to the allegations of jurisdiction and venue as set forth in Paragraphs 1 and 2 of the Complaint.

2. This Defendant admits that she executed three Promissory Notes, but further alleges that the notes fail for lack of consideration. I this respect, Defendant will show that she had enrolled at the North American Education Center for the purposes of entering as a student and receiving classroom instruction for the purposes of certification in a career. Approximately four months after enrollment, North American Education Center closed, and Defendant was deprived of receiving the balance of her education and her certification.

3. Therefore, while Defendant admits that she executed the three Promissory Notes in questions, this Defendant denies that she is liable under the notes.

4. As to the balance of the allegations set forth in the Complaint, this Defendant denies each and every, all and singular, the allegations contained therein and demands strict proof thereof.

## II.

## Affirmative Defenses

5. By way of defense pleading, this Defendant would show and allege that the subject Promissory Notes fail for lack of consideration and failure consideration. Additionally, Defendant alleges that the action sought to be brought by the Plaintiff is precluded and prevented by the statute of limitations.

6. By way of alternative pleading and without admitting liability, and in the event that the Promissory Notes are found to be valid and existing agreements, then in such event, Defendant would show that she is entitled to a discharge of such indebtedness, that she requested the discharge of such indebtedness, and that such discharge was improperly denied.

7. In further alternative pleading, Defendant would show that the income tax refunds which she was due for the years 1998 and 1999 were withheld by the Plaintiff and that income tax refunds do not appear to have been credited against the indebtedness which the Plaintiff claims. Defendant is further entitled to other credits which do not seem to be reflected in the Complaint,

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff be denied recovery sought and that Defendant be discharged and be granted such other and further relief to which she may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 - Telecopier

By: _____
Dennis Sanchez
SD Tex. # 1594
State Bar No. 17569600
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant's Original Answer** has been provided to Mr. J. Michael Weston and Mr. Charles I. Appler, BENNETT & WESTON, P.C., 1750 Valley View Lane, Suite 120, Dallas, TX 75234, Attorneys for Plaintiff, United States of America, by certified mail, return receipt requested, on this 15th day of January, 2001.

_____
Dennis Sanchez