5

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 20 2001

Michael N. Milby
Clerk of Court

Date:     March 20, 2001, 2:00 pm
-----------------------------------------------------------------
                    **C.A. NO. B00-177 (HGT)**
-----------------------------------------------------------------
UNITED STATES OF AMERICA           *     J Michael Weston

     VS                            *

NORMA L. RENDON                    *     Dennis Sanchez
-----------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Attorney for ~~Plaintiff~~ Defendant appeared.  Plaintiff's attorney did not appear.

Attorney Sanchez will contact Plaintiff's attorney to discuss the scheduling dates and will report to the Court.