

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

MAR 21 2001

Michael N. Milby
Clerk of Court

Date:   March 21, 2001, am

---

## C.A. NO. B00-177 (HGT)

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | J Michael Weston |
| VS | * | |
| NORMA L. RENDON | * | Dennis Sanchez |

---

### TELEPHONIC CONFERENCE

A telephonic conference was held with attorney Weston. Mr. Weston informed the Court that he inadvertently failed to appear for the initial pretrial conference on March 20, 2001.

He advised the Court that a settlement had been reached by the parties.