

United States District Court
Southern District of Texas
ENTERED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

APR 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-177 |
| | § | |
| Norma L. Rendon | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from

Norma L. Rendon:

A.    $9,513.31, plus

B.    Prejudgment interest from  January 4, 2000 at $1.51 per day until the date of

judgment, plus

C.    Attorney's fees of $550.00 and all costs of court, plus

D.    Post-judgment interest at ___4.00___ % per annum.

Signed ___April 10___, 2001.

_____
United States District Judge

AGREED:

_____
Attorney for Norma L. Rendon

_____
Attorney for the United States

ClibPDF - www.fastio.com